**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
Bid Protest

| | |
|---|---|
| **MORTGAGE CONTRACTING SERVICES, LLC** ) | |
| Plaintiff, ) | No. **20-1230 C** |
| v. ) | |
| **UNITED STATES OF AMERICA,** ) | Judge _____ |
| Defendant. ) | |

### RCFC RULE 7.1 DISCLOSURE STATEMENT

As required by Rule 7.1(a) of the Rules of the Court of Federal Claims, Plaintiff Mortgage Contracting Services, LLC ("MCS") advises the Court of its parent company, ASP MCS Acquisition Corporation, and no publicly held corporation owns 10% or more of MCS stock.

Dated: September 18, 2020

Sincerely,

*[signature]*

Gregory S. Jacobs
POLSINELLI PC
1401 Eye Street, NW, Suite 800
Washington, DC 20005
Phone: (202) 783-3300
Fax: (202) 279-7689
Email: gjacobs@polsinelli.com

*Of Counsel:*
Erin L. Felix
POLSINELLI PC
1401 Eye Street, NW, Suite 800
Washington, DC 20005
Phone: (202) 626-837

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2020, I caused a true and correct copy of the foregoing RCFC RULE 7.1 DISCLOSURE STATEMENT to be sent by the delivery method indicated below to the following counsel:

>United States Department of Justice (*via electronic service*)
>Commercial Litigation Branch
>Civil Division
>1100 L Street, N.W., 8th Floor
>Washington, D.C. 20530
>(202) 514-7300
>nationalcourts.bidprotest@usdoj.gov

>Gregory S. Jacobs
>POLSINELLI PC
>1401 Eye Street, NW, Suite 800
>Washington, DC 20005
>Phone: (202) 783-3300
>Fax: (202) 279-7689
>Email: gjacobs@polsinelli.com
>
>*Counsel for Plaintiff*
>*Mortgage Contracting Services, LLC*